COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| GRAKOE SYSTEMS, INC./GENE GRAY HOMELESS USA, | § | No. 08-08-00052-CV |
| | § | |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | 448th Judicial District Court |
| | § | of El Paso County, Texas |
| JOHN H. TRIEN and RAFAEL VILLA, | § | (TC# 2006-2814) |
| | § | |
| Appellees. | § | |

## MEMORANDUM  OPINION

This appeal is before the Court for determination whether it should be dismissed for lack of jurisdiction.  Appellant, Mr. Gene Gray, filed a notice of appeal on January 25, 2008.  On March 25, 2008, the District Clerk of El Paso County notified this Court that there was no final judgment or appealable order on file in this case.  By letter dated March 25, 2008, the clerk of this Court notified Mr. Gray of the Court's intent to dismiss the case for lack of jurisdiction unless a party, within ten days of the date of the notice, could show grounds for continuing the appeal.  We have not received a response.

Appellate courts generally have jurisdiction over final judgments, and such interlocutory orders as the Legislature deems appealable.  TEX.CIV.PRAC.&REM.CODE ANN. § 51.012 (Vernon 1997) and § 51.014 (Vernon Supp. 2007); *Ruiz v. Ruiz*, 946 S.W.2d 123, 124 (Tex.App.--El Paso 1997, no pet.).  Given the absence of a final judgment or other appealable order, we dismiss this case for lack of jurisdiction.

May 15, 2008

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Carr, JJ.